STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3159 PASCALE SERVICE V INTERNATIONAL TRUCK AND ENGINE

Filing Date: 06-20-2007
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 06-20-2007

Plaintiff: PASCALE SERVICE CORP
ID: @10911758
Attorney: MARK MORSE

Defendant: INTERNATIONAL TRUCK AND ENGINE CORP
ID: @10911759

Defendant: COASTAL INTERNATIONAL TRUCKS LLC
ID: @10911760
Attorney: RICHARD PEIRCE

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-02-2007 | PRELIMINARY INJUNCTION | PS CRT8 | RUBINE |

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-20-2007 | COMPLAINT FILED | |
| 06-20-2007 | INITIAL FILING FEE | |
| 06-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP250983. |
| 06-21-2007 | TEMP RESTRAIN ORDER | LANPHEAR,J - GRANTED, TEMPORARY RESTRAINING ORDER ISSUED PREVENTING DEFT, ITS AGENTS, SERVANTS OR ASSIGNS FROM TERMINATING PLTFS FRANCHISE CONTRACT. TRO EXPIRES IN 10 DAYS |



EXHIBIT
tabbies
A

# STATE OF RHODE ISLAND
## SUPERIOR COURT
## CIVIL CASE COVER SHEET

CASE # PC07-3159

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| Pascale Service Corp. | International Truck and Engine Corp.<br>Coastal International Truck LLC |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | (X) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL (X) YES ( ) NO IF YES: (X) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# Mark B. Morse, #3003
PRO SE/NAME:
DATE: TODAY

SUPERIOR COURT FILED HENRY S. KINCH JR. CLERK 2007 JUN 20 A 11:29

SC223 (REV05-05)

V/SL

RMP/pap 1627-6
314035 6/21/07

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

PASCALE SERVICE CORP.

VS.

C. A. NO. 07-3159

INTERNATIONAL TRUCK AND ENGINE CORP. AND COASTAL INTERNATIONAL TRUCKS, LLC

**ENTRY OF APPEARANCE**

I, Richard M. Peirce, hereby enter my appearance on behalf of Defendant, Coastal International Trucks, LLC, in the above-entitled matter.

Richard M. Peirce #0564
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was hand delivered to the following on the 21st day of June, 2007:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

√ 1 80

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

SUPERIOR COURT

**CIVIL CASE**
**CLERKS INFORMATION**
**REPORTING FORM**

S-220

| CASE TITLE | | CASE NUMBER |
|---|---|---|
| Pascale Service Corp V Intl Truck | | PC07-3159 |
| DATE 6-21-07 | JUDGE Lanphear | CLERK Cz |

☐ Motion Calendar ☒ Formal & Special Cause Calendar ☐ Misc. Calendar

Trial Calendar
☐ Jury
☐ Non-Jury

TRO- Granted

PPI on 7-2

EOA filed - Robert Pierce for the Δ Coastal Truck

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

PASCALE SERVICE CORP.

VS.

CA NO. 07- 3159

INTERNATIONAL TRUCK AND ENGINE CORP.
COASTAL INTERNATIONAL TRUCKS, LLC.

TEMPORARY RESTRAINING ORDER

This matter was reached for hearing on the Formal and Special Cause Calendar before ________________ on June 20, 2007 on plaintiff's motion to restrain and enjoin the defendant International Truck and Engine Corp , its agents, servants, or assigns from terminating Plaintiff's franchise contract and after hearing thereon, and in consideration thereof, it is hereby:

ORDERED, ADJUDGED AND DECREED

Plaintiff's motion is granted. A temporary restraining order is issued preventing the defendant defendant International Truck and Engine Corp, its agents, servants, or assigns from terminating Plaintiff's franchise contract. THIS TRO SHALL EXPIRE IN 10 DAYS.

This matter shall be continued for hearing to ON PRELIMINARY INJUNCTION ON JULY 2, 2007. AT 11:00 AM

ENTERED as an Order of this Court this 21st day of June 2007.

CLERK

JUDGE

Presented by:
Plaintiff
By its Attorneys,
Law Office of Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(fax) 401-273-0937
email: mark@morselawoffice.com

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2007 JUN 21 A 10: 21

STATE RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3159 PASCALE SERVICE V INTERNATIONAL TRUCK AND ENGINE

Filing Date: 06-20-2007
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 06-20-2007

Plaintiff: PASCALE SERVICE CORP
ID: @10911758
Attorney: MARK MORSE

Defendant: INTERNATIONAL TRUCK AND ENGINE CORP
ID: @10911759

Defendant: COASTAL INTERNATIONAL TRUCKS LLC
ID: @10911760
Attorney: RICHARD PEIRCE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-02-2007 | PRELIMINARY INJUNCTION | PS CRT8 | RUBINE |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-20-2007 | COMPLAINT FILED | |
| 06-20-2007 | INITIAL FILING FEE | |
| 06-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP250983. |