UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PASCALE SERVICE CORP., Plaintiff, v. INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC, Defendants. | Civil Action No. 1:07-cv-00247-S-DLM |

**DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S MOTION TO DISMISS**

Defendant International Truck and Engine Corporation ("ITEC"), by its attorneys, respectfully submits this Motion to Dismiss (the "Motion"), pursuant to Fed. R. Civ. P. 12(b)(6). ITEC respectfully requests that all claims against it be dismissed because (1) the Rhode Island Fair Dealership Act does not apply retroactively to this matter; (2) there are no allegations suggesting that ITEC acted without justification when terminating an expressly "at will" contract; and (3) estoppel claims are not an available remedy when an actual contract exists between the parties. In support of this Motion, ITEC is filing contemporaneously herewith a Memorandum in Support of Defendant International Truck and Engine Corporation's Motion to Dismiss.

WHEREFORE, ITEC respectfully requests that the Court dismiss all claims against it.

Respectfully submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION

By its attorneys,

July 16, 2007

/s/ Stephen T. Armato

Stephen T. Armato
Cetrulo & Capone
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com

Of counsel:

Barry S. Pollack
Joshua L. Solomon
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

**CERTIFICATE OF SERVICE**

I, Stephen T. Armato, herby certify that on July 16, 2007 I served the foregoing motion to dismiss by causing a true and correct copy of the same to be sent by operation of the Court's Electronic Cases Filing ("ECF") System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Richard M. Pierce, Esq.
Roberts, Carroll, Feldstein & Pierce Inc.
Ten Weybosset Street, 8th Floor
Providence, RI 02903 rpeirce@rcfp.com

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906 mark@moreselawoffice.com

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109 via first class mail

/s/ Stephen T. Armato

Stephen T. Armato