INTERNATIONAL TRUCK AND ENGINE CORPORATION

4201 WINFIELD ROAD, P.O. BOX 1488, WARRENVILLE, IL 60555

T 630 753 2812

F 630 753 2378

JOHN W. WHITNELL · VICE PRESIDENT, DEALER OPERATIONS

Mr. James M. Pascale
Pascale Service Corp.
51 Delta Dr.
Pawtucket, RI 02861

April 9, 2007

**FedEx # 7929 6469 3396**

Dear Mr. Pascale:

**Re: Pascale Service Corp.., Dealer Parts Sales Agreement**

Pascale Service Corp., is hereby notified that pursuant to Section 11 of the Dealer Parts Sales Agreement ("Agreement"), International Truck and Engine Corp., formally known as International Harvester ("International") wishes to exercise its right to terminate this Agreement effective **May 10, 2007.**

> **Section 11 – TERMINATION:** Either party may terminate this Agreement at any time without cause by giving written notice to the other party, specifying the effective date of termination.

International plans to abide by the Agreement and will purchase back your parts inventory as per the Agreement. Enclosed is ***"Termination of Sales/Maintenance Agreement Procedures for Preparing Inventory List to Return Service Parts for Credit"***. Also enclosed is a copy of the Agreement for your records and for your review. Please refer to Section 11.

Sincerely,

Enclosure

cc: Rick Schweitzer – NESR
Ron Johnson – Cantera
Bill Bogel- NE Parts Mgr
Steve Mroczkowski – Cantera
Tom Guse– IFG, Atlanta DFO
Dealer File

[redacted]