EXHIBIT 2

Arpin
VAN LINES INC.

3-27-96

PASCALE SERVICE CORP.
1 DELTA DRIVE
PAWTUCKET, RI. 02861

ATT: JIM PASCALE

RE: COASTAL INTERNATIONAL TRUCKS, LLC

VIA FAX: 725-2940

DEAR JIM,

AS PER OUR CONVERSATION TODAY IF YOU COULD SEND A LETTER AS OUTLINED BELOW I WOULD APPRECIATE IT GREATLY.

MR. JOE CATALDO
RHODE ISLAND DEALERS LICENSE COMMISSION
286 MAIN STREET
ROOM 307
PAWTUCKET, RI. 02860

DEAR SIR,

I UNDERSTAND THAT THERE IS AN APPLICATION BEFORE YOU FOR A LICENSE FOR A NEW INTERNATIONAL DEALERSHIP UNDER THE NAME OF COASTAL INTERNATIONAL TRUCKS, LLC. TO BE LOCATED IN WARWICK. AS PER THIS LETTER, PASCALE SERVICE CORPORATION WILL NOT BE PROTESTING THE ISSUING OF THAT LICENSE.

SINCERELY,

JAMES PASCALE
PASCALE SERVICE CORPORATION

GREENWICH • RI • 02818-0998 • (401) 828-8111 • (800) 343-3500 • FAX: (401) 821-7930

Official Mover Of The National Football League

Paul Arpin VAN LINES INC.

THANKING YOU AGAIN FOR YOUR HELP IN THIS VENTURE. GIVE ME A CALL IF YOU NEED ANYTHING.

SINCERELY,

J. M. JOHNSON
COASTAL INTERNATIONAL TRUCKS, LLC

EAST GREENWICH • RI • 02818-0998 • (401) 828-8111 • (800) 343-3500 • FAX: (401) 821-7930

Official Mover Of The National Football League

**PASCALE SERVICE CORPORATION**
51 Delta Drive
Pawtucket, RI 02861

INTERNATIONAL
from NAVISTAR

Rhode Island Dealers License Commission
286 Main Street
Pawtucket, RI 02860
Attention: Mr. Joe Cataldo

Dear Sir,

I understand that there is an application before you for a license for a new Navistar International truck dealership. The application is in the name of Coastal International Trucks, LLC. to be located in Warwick. I am writing to inform you that Pascale Service Corporation will not protest the issuing of that license.

Sincerely,

James M. Pascale
President