Current Status
Total: 250 MB
Used: 64 %

Quick Search...
Email Web

MAIN FOLDERS

INBOX
Bulk Mail [purge]
Drafts
Send Later
Sent Items
Trash [purge]

PERSONAL FOLDERS

SAVED SEARCHES

Light Web-Based Email

COMPOSE | ADDRESSES | FOLDERS | SETTINGS | SEARCH | CALENDAR | ONLINE FILE FOLDER | F

Folder: INBOX > Message Detail

Reply to | Reply to All | Forward | Delete | Mark as Spam

Entire thread

Select Folder... Move | Apply This Action... Apply

<< Previous | Next >>

**Subject:** RE: Filing of Notice of Removal in Pascale Service Corp. v.
**From:** "Pollack, Barry S." <bpollack@sandw.com>
**Date:** Thu, Jul 05, 2007 11:51 am
**To:** <mark@morselawoffice.com>
**Cc:** <ssprague@cetcap.com>, "Solomon, Joshua L." <jsolomon@sandw.com>

Mark,

As a further accommodation of your schedule, International Truck and Engine Corporation ("ITEC") will not take the practical steps that implement the termination of Pascale Service Corp. before July 24, 2007. You have agreed not to use these extensions against us in any manner. Again, we recognize that the parties may disagree on how to describe the status quo. We do not view the status quo as "nontermination of contract" because, as stated in the prior e-mail that appears below, we believe an effective termination already occurred.

I appreciate your willingness, even while away, to participate in discussions toward a potential resolution of this matter without further litigation. Thank you, and have a nice vacation.

Barry

-----Original Message-----
From: Pollack, Barry S.
Sent: Sunday, July 01, 2007 11:55 PM
To: 'mark@morselawoffice.com'
Cc: ssprague@cetcap.com; Solomon, Joshua L.
Subject: RE: Filing of Notice of Removal in Pascale Service Corp. v. International Truck

Mark,
As an accommodation during the upcoming holiday week, ITEC will not take the practical steps that implement the termination before July 10, 2007. If you have a different request to make, then I would be happy to run it by my client. This may be a matter of semantics, but we do not view the status quo as "nontermination of contract" because we believe an effective termination already occurred.
Perhaps we can use this week, or part of this week, productively toward a resolution of this matter without further litigation.
Barry

-----Original Message-----

From: mark@morselawoffice.com [mailto:mark@morselawoffice.com]
Sent: Saturday, June 30, 2007 10:27 PM
To: Pollack, Barry S.
Cc: ssprague@cetcap.com
Subject: RE: Filing of Notice of Removal in Pascale Service Corp. v.
International Truck

Barry Please advise whether you are agreeable to keeping things status
quo (non-termination of contract) pending motion to remand or motion for
injunction in federal court.
Mark B. Morse
Law office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937

> -------- Original Message --------
> Subject: RE: Filing of Notice of Removal in Pascale Service Corp. v.
> International Truck
> From: "Pollack, Barry S." <bpollack@sandw.com>
> Date: Sat, June 30, 2007 12:42 pm
> To: <mark@morselawoffice.com>
> Cc: "Solomon, Joshua L." <jsolomon@sandw.com>, "Sprague, Sara"
> <ssprague@cetcap.com>
>
> Mark,
> I assume you received my e-mail and voice mail from yesterday as well.
> My number at work is 617-338-2910. You can also reach me on my cell
> at 617-970-7075.
> I would be happy to discuss scheduling matters with you and try to
> make arrangements that ease burdens around the holiday this week.
> Regards,
> Barry
>
>
> -----Original Message-----
> From: mark@morselawoffice.com [mailto:mark@morselawoffice.com]
> Sent: Saturday, June 30, 2007 10:42 AM
> To: Sprague,Sara
> Cc: Pollack, Barry S.
> Subject: RE: Filing of Notice of Removal in Pascale Service Corp. v.
> International Truck
>
>
> Sara: Thank you for the email. I reviewed the motion to remove filed
> with ECF. I will inform Judge Rubine's clerk re: the same, and
> prepare the appropriate response in federal court. Please feel free to

> call Monday if you have any questions.
> Mark B. Morse
> Law office of Mark B. Morse
> 111 Wayland Avenue
> Providence, RI 02906
> (401) 831-0555
> fax (401) 273-0937
>

```
>
> > -------- Original Message --------
> > Subject: Filing of Notice of Removal in Pascale Service Corp. v.
> > International    Truck
> > From: "Sprague, Sara" <ssprague@cetcap.com>
> > Date: Fri, June 29, 2007 4:54 pm
> > To: <mark@morselawoffice.com>
> >
> > Mr. Morse,
> >
> > I filed notice of removal in federal and state court today in the
> > above-mentioned case.  I attempted hand delivery to you today, but
> > no one was in the office. Instead I have attached the documents as a
> pdf so
> > that you may access it immediately.  I have also sent a hard copy by

> > mail if you prefer.
> >
> > Thank you,
> >
> > Sara Sprague
> >
> >
> >
> > ********************************************************************
> > ** This email and any files transmitted with it are confidential and

> > intended solely for the use of the individual or entity to whom they

> > are addressed. If you have received this email in error please
> > notify the system manager.
> >
> > This footnote also confirms that this email message has been swept
> > by MIMEsweeper for the presence of computer viruses.
> >
> > Cetrulo & Capone, LLP.  Boston MA
> > ********************************************************************
> > **
```

Copyright © 2003-2007. All rights reserved.