UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.

VS: CA NO 07-247S

INTERNATIONAL TRUCK AND ENGINE
CORPORATION and COASTAL INTERNATIONAL
TRUCKS, LLC

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S MOTION TO DISMISS**

Now comes the Plaintiff and herein moves that it be granted an extension of time in which to respond to Defendant International Truck and Engine Corporation's Motion to Dismiss. The grounds for this motion are that there is currently pending Plaintiff's Motion to Remand to State Court, which is a threshold issue to be decided prior to any decision made on Defendant's Motion to Dismiss. *In re Bear River Drainage Dist.,*267 F.2d 849. (10th Cir 1959); Thompson *v. Fritsch*, 966 F.Supp. 543 (D. Mich 1997); *Nichols v. Southeast Health Plan of Alabama, Inc.*, 859 F.Supp. 553, (D Ala. 1993); Wright & Miller, 14C Fed. Prac & Proc. §3739 (2007). Should the Court grant Plaintiff's Motion to Remand it would lack subject matter jurisdiction to hear the issues raised by Defendant's Motion to Dismiss. *Caterpillar Inc. v. Lewis,* 519 U.S. 61 (1996); *Roach v. West Virginia Regional Jail & Correctional Facility Authority*, 74 F.3d 46 (4th Cir 1996); Maine *Ass'n of Interdependent Neighborhoods v. Commissioner, Maine Dep't of Human Servs*., 876 F.2d 1051(1st Cir. 1989).

Wherefore, Plaintiff requests that it be granted an extension of time in which to respond to Defendant's Motion to Dismiss until such time there is a ruling on Plaintiff's

Motion for Remand, and if the Court then retains jurisdiction, that Plaintiff be given ten (10) days from the Decision to respond.

No memo is being filed in accordance with Local R. Civ. P. 7.

PLAINTIFF
By its Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

Mark B. Morse
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

July 19, 2007

**CERTIFICATION**

I certify that a true copy of the same was transmitted through the ECF filing system and that notice of the same is provided through ECF to the attorneys of record as follows:

Stephen T. Amato, Esq.
Cetrullo & Capone LLP
321 South Main Street
Providence, RI 02903

Richard Peirce, Esq.
Roberts Carroll Feldstein & Peirce, Inc.
10 Weybosset Street, 8th floor
Providence, RI 02903

Barry Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester
1 Post Office Square
Boston, MA 02109

July 19,2007

/s/ Mark B. Morse