**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PASCALE SERVICE CORP.

Plaintiff,

v.

INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC

Defendants.

CIVIL ACTION NO. 07-CV-00247-S-DLM

## ENTRY OF APPEARANCE

Carl E. Fumarola hereby enters his appearance on behalf of Defendant International Truck and Engine Corporation in the above-captioned matter.

Respectfully Submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION

By its Attorneys,

/s/ Carl E. Fumarola

Carl E. Fumarola, Bar #6980
Stephen T. Armato, Bar #6395
CETRULO & CAPONE LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670

Dated: July 23, 2007

**CERTIFICATE OF SERVICE**

I, Carl E. Fumarola, herby certify that on July 23, 2007 I served the foregoing entry of appearance by causing a true and correct copy of the same to be sent by operation of the Court's Electronic Cases Filing ("ECF") System to those individuals designated for electronic service by the ECF System in this case and by first class mail to the following:

Richard M. Pierce, Esq.
Roberts, Carroll, Feldstein & Pierce Inc.
Ten Weybosset Street, 8th Floor
Providence, RI 02903 rpeirce@rcfp.com

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906 mark@moreselawoffice.com

Barry S. Pollack, Esq.
Joshua L. Sullivan, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109 via first class mail

/s/ Carl E. Fumarola

Carl E. Fumarola, Bar #6980