UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Pascale Service Corp.
Plaintiff(s)

v. Dkt. No. 1:07-cv-00247-S-DLM

International Truck and Engine Corporation and
Coastal International Trucks, LLC
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, International Truck and Engine Corporation, hereby moves that Joshua L. Solomon be admitted PRO HAC VICE in the above case with local counsel identified below,

International Truck and Engine Corporation
Defendant

By: Stephen T. Armato
Bar ID No.: 6395
Address: Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670

DATED: July 16, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows;

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. Courts of Appeals for the First, Third, Ninth, and Federal Circuits; U.S. Court of Federal Claims; and the U.S. District Court for the District of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, Please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation).

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac* vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice*

admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Joshua L. Solomon
Print Name
Sullivan & Worcester LLP
Firm Name
One Post Office Square, Boston, MA 02109
Business Address
(617) 338-2800 (617) 338-2880
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirement of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stephen T. Armato
Signature of Local Counsel
Print Name R.I. Bar ID #
Stephen T. Armato 6395
Firm and Business Address
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401)274-7850
Fax: (401) 274-9670

**ORDER**

This motion is hereby Granted

District Judge

Date: 7/24/07