CA 07-247S

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3159 PASCALE SERVICE V INTERNATIONAL TRUCK AND ENGINE

Filing Date: 06-20-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 07-25-2007

Plaintiff: PASCALE SERVICE CORP
ID: @10911758

Attorney: MARK MORSE

Defendant: COASTAL INTERNATIONAL TRUCKS LLC
ID: @10911760

Attorney: RICHARD PEIRCE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-02-2007 | PRELIMINARY INJUNCTION | PS CRT8 | RUBINE |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-20-2007 | COMPLAINT FILED | |
| 06-20-2007 | INITIAL FILING FEE | |
| 06-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP250983. |
| 06-21-2007 | TEMP RESTRAIN ORDER | LANPHEAR,J - GRANTED, TEMPORARY RESTRAINING ORDER ISSUED PREVENTING DEFT, ITS AGENTS, SERVANTS OR ASSIGNS FROM TERMINATING PLTFS FRANCHISE CONTRACT. TRO EXPIRES IN 10 DAYS |
| 06-27-2007 | SUMMONS,PROOF OF SERVICE FILED | TO INTERNATIONAL TRUCK AND ENGINE AND COASTAL INTL TRUCK 2 FILED |
| 06-29-2007 | NOTICE OF REMOVAL | Affiliated: INTERNATIONAL TRUCK AND ENGINE CORP |
| 07-25-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT #CA 07 247S<br>Affiliated: COASTAL INTERNATIONAL TRUCKS LLC |
| 07-25-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island