UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PASCALE SERVICE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC,<br><br>Defendants. | Civil Action No. 1:07-cv-00247-S-DLM |

**INTERNATIONAL TRUCK AND ENGINE CORPORATION'S OBJECTION TO PLAINTIFF'S MOTION TO REMAND**

Defendant International Truck and Engine Corp. ("ITEC"), hereby objects to the motion to remand (the "Motion") filed by plaintiff Pascale Service Corp ("Plaintiff"). The Motion does not deny that ITEC and the Plaintiff are domiciled in separate states, and that the amount in controversy exceeds $75,000. The only issue raised within the Motion is whether the citizenship of defendant Coastal International Trucks, LLC ("Coastal") should be ignored. The Motion fails to state any factual basis for suing Coastal in this action. Accordingly, the Motion should be denied. ITEC files its supporting memorandum and certification of Steven Mroczkowki herewith.

WHEREFORE, ITEC respectfully requests that the Court deny the Motion.

Respectfully submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION

By its attorneys,

July 26, 2007

/s/ Carl E. Fumarola

Carl E. Fumarola, Bar #6980
Stephen T. Armato, Bar #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
Fax: (401) 274-9670
Email: cfumarola@cetcap.com
sarmato@cetcap.com

Of counsel:

Barry S. Pollack
Joshua L. Solomon
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2007.

/s/ Carl E. Fumarola

______________________________

Carl E. Fumarola