UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.

VS. C. A. NO. 07-cv-00247-S-DLM

INTERNATIONAL TRUCK AND ENGINE CORP. AND COASTAL INTERNATIONAL TRUCKS, LLC

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO REMAND**

Now comes the Defendant, Coastal International Trucks, LLC, and hereby objects to Plaintiff's Motion to Remand for the reasons and upon the authority set forth in the Memorandum of Law filed herewith.

Coastal International Trucks, LLC
By its Attorney,

/s/ Richard M. Peirce

Richard M. Peirce #0564
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

# CERTIFICATION

I, Richard M. Peirce, hereby certify that on July 27, 2007 I served the foregoing motion to dismiss by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by fist-class mail to the following:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906 mark@morselawoffice.com

Stephen T. Arnato, Esq.
Cetrulo & Caponte
The Heritage building
321 South Main Street
Providence, RI 02903 sarnato@cetcap.com

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109 via First Class Mail

/s/ Richard M. Peirce

Richard M. Peirce