UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.

VS: CA NO 07-247S

INTERNATIONAL TRUCK AND ENGINE
CORPORATION and COASTAL INTERNATIONAL
TRUCKS, LLC

PLAINTIFF'S OBJECTION TO DEFENDANT
COASTAL INTERNATIONAL TRUCK, LLC's MOTION TO DISMISS

Now comes the Plaintiff and herein objects to Defendant Coastal International Trucks, LLC Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). In support Plaintiff has attached its memorandum of law with exhibits appended thereto.

PLAINTIFF
By its Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

Mark B. Morse
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

August 16, 2007

**CERTIFICATION**

I certify that a true copy of the same was transmitted through the ECF filing system and that notice of the same is provided through ECF to the attorneys of record as follows:

Carl Fumarola, Esq.
Stephen T. Amato, Esq.
Cetrullo & Capone LLP

Barry Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester

321 South Main Street
Providence, RI 02903

1 Post Office Square
Boston, MA 02109

Richard Peirce, Esq.
Roberts Carroll Feldstein & Peirce, Inc.
10 Weybosset Street, 8th floor
Providence, RI 02903

August 16, 2007

/s/ Mark B. Morse