EXHIBIT 4

Print | Close Window

**Subject:** Fw: extension
**From:** "PASCALE SERVICE CORP" <pascale@pascaleservice.com>
**Date:** Mon, May 07, 2007 10:55 am
**To:** "Mark Morse" <mark@morselawoffice.com>

Mark,
See the attached e-mail from International confirming the extension.
Jim Pascale
----- Original Message -----
**From:** Fernandez, Adriana
**To:** PASCALE SERVICE CORP
**Sent:** Monday, May 07, 2007 10:36 AM
**Subject:** RE: extension

Jim, per our phone conversation and your e-mail below, we will extend the termination period to June 30, 2007.

Please understand that your open account will remain open for another 90 days after June 30, 2007 to allow for credits to come in.

If you have specific questions related to Cores, please contact Eddie at (417) 859-0621 he will be able to answer any questions you may have.

Regards,

**Adriana Fernandez**
Dealer Development Manager
International Truck & Engine Corp.
Tel: (630) 753-2259
Fax: (630) 753-3877

---

**From:** PASCALE SERVICE CORP [mailto:pascale@pascaleservice.com]
**Sent:** Wednesday, May 02, 2007 8:37 AM
**To:** Fernandez, Adriana
**Subject:** extension

I am writing to request a 90 day extension of your termination of the Pascale Service Corporation dealership. It has become apparent to us that a 30 day time period to discontinue our 35 year business relationship with International is unrealistic. We would expect at least to be granted the 90 day period afforded to other dealers that you have been terminating. The following situations have arisen that will require more time:
1. In order for us to supply you with an accurate list of inventory to be sent back, it will require us to perform a physical inventory of those items. This will require us to perform this physical inventory after hours so as not to interfere with our daily operations. We will have to pay our workers overtime rates to complete this inventory. We are also currently working with Karmak (our business system provider) in order to be able to give you an inventory listing in an Excel format. All these factors will take additional time.

2. We currently have several vehicles in our repair shop that are waiting for works kits and an engine that have been on back order for weeks. These items will not be available to us until after the 30 day dead line (May 10th). According to your termination letter, no parts orders will be sent after the termination date. We have given these vehicle owners firm quotes on the repairs to be made. If we are not able to receive these parts or have to pay more than dealer net prices from another dealer, we will incur additional financial loss.

3. We also have outstanding cores owed to us by our customers that have not been returned to us but we owe to International. How will we be able to send back these cores and receive credit after the 30 day termination date? We must have more time to contact our customers in order to retrieve these outstanding cores. Our customers will expect us to credit them for these outstanding cores that they return. Therefore we would have to in turn be able to return the cores to International for credit.

4. We also have outstanding parts warranties that have not been credited to us and we will not receive these credits before the 30 day dead line.

After termination, normal communication and accounting processes will cease. It is not clear to me how we will be able to track or receive core credits due and warranty credits or be able to send back cores after termination. I submit that by extending the termination by 90 days, all core credits and warranties can be credited as well as parts backorders can be filled that were ordered to date. We will refrain from any future purchases during this period. The additional 90 days will allow all accounting charges and credits to even out. If the termination is to take place, it should not take place at least until after we receive all core credits, warranty credits, and all backordered parts so we can fulfill the obligations to our customers.

Otherwise, I can see this situation becoming an accounting nightmare.

I do not believe that International's strategy to terminate dealers is meant to demoralize or inflict financial harm on them. By not extending this termination deadline to us it will cause just that.

I kindly await your reply.

Thank you for your consideration,
James Pascale
President
Pascale Service Corporation

CONFIDENTIALITY NOTICE: This e-mail, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is privileged, confidential, proprietary, or otherwise protected by law. Any dissemination, distribution, or copying is prohibited. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. If you have received this communication in error, please contact the original sender.

Copyright © 2003-2007. All rights reserved.

Adriana,
Thank you very much for the June 30, 2007 extension of the franchise agreement. I am currently reviewing all contractual commitments that we have with our customers to determine that they can be met in the time allotted.
Thanks again for your consideration.
Jim Pascale
Pascale Service Corporation

----- Original Message -----
**From:** Fernandez, Adriana
**To:** PASCALE SERVICE CORP
**Sent:** Monday, May 07, 2007 10:36 AM
**Subject:** RE: extension

Jim, per our phone conversation and your e-mail below, we will extend the termination period to June 30, 2007.

Please understand that your open account will remain open for another 90 days after June 30, 2007 to allow for credits to come in.

If you have specific questions related to Cores, please contact Eddie at (417) 859-0621 he will be able to answer any questions you may have.

Regards,

**Adriana Fernandez**

Dealer Development Manager

International Truck & Engine Corp.

Tel: (630) 753-2259

Fax: (630) 753-3877