10/14/07 3:08 PM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.

VS: CA NO 07-247S

INTERNATIONAL TRUCK AND ENGINE
CORPORATION and COASTAL INTERNATIONAL
TRUCKS, LLC

**PLAINTIFF'S OBJECTION TO DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORP'S MOTION TO DISMISS**

Now comes the Plaintiff in the above-entitled matter and hereby objects to Defendant International Truck and Engine Corporation's Motion to Dismiss In support, plaintiff has attached a memorandum of law.

PLAINTIFF
By its Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111Wayland Avenue
Providence, RI 02906
(401) 831-0555
(fax) 401-273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

I certify that a true copy of the same was transmitted through the ECF filing system and that notice of the same is provided through ECF to the attorneys of record as follows:

Carl E. Fumarola, Esq.
Stephen T. Amato, Esq.
Cetrullo & Capone LLP
321 South Main Street
Providence, RI 02903

Barry Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester
1 Post Office Square
Boston, MA 02109

Richard Peirce, Esq.
Roberts Carroll Feldstein & Peirce, Inc.

10/14/07 3:08 PM

10 Weybosset Street, 8th floor
Providence, RI 02903

October 14, 2007 /s/ Mark B. Morse