UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.

VS: CA NO 07-247S

INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC

PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Now comes the Plaintiff, and herein moves that a preliminary injunction issue ordering that the defendant be preliminarily enjoined from terminating Plaintiff's franchise and its dealer support contracts. The grounds for this motion are set forth in plaintiff's verified complaint. In further support, Plaintiff refers to the memorandum of law attached to Plaintiff's Objection to Defendant's Motion to Dismiss, a copy of which is attached hereto.

PLAINTIFF,
By its Attorneys
Law Office of Mark B. Morse

______________________________

MARK B. MORSE, ESQ.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

I certify that a true copy of the same was transmitted through the ECF filing system and that notice of the same is provided through ECF to the attorneys of record as follows:

Carl E. Fumarola, Esq.
Stephen T. Amato, Esq.
Cetrullo & Capone LLP
321 South Main Street
Providence, RI 02903

Barry Pollack, Esq.
Joshua L. Solomon, Esq.
Sullivan & Worcester
1 Post Office Square
Boston, MA 02109

Richard Peirce, Esq.
Roberts Carroll Feldstein & Peirce, Inc.
10 Weybosset Street, 8th floor
Providence, RI 02903

October 14, 2007 /s/ Mark B. Morse