# AMTRAN

## ALLIANCE DIVISION

## SUPPORT DEALER AGREEMENT

# AMTRAN

## ALLIANCE DMSION

## SUPPO.RT DEALER AGREEMENT

AGREEMENT made lhis~ day of l8 P f1'1/')\,btr ,19q!., between AmTran Alliance Divisi~n, a Divi.ion of American Transportation Corporation,'an AJbuulas Corpol1ltion having ill!principal place of'busin ... on Highway 65 Sonth. Conway, Arkausas, with a mailinj add..... of Highway 65 South, Conway, Arkausas 72032, hereinafter calle!l "Company," and

Ilt~':::",OM@"~ 91 ~;~<tO.;'W

(City) (Stale) (~ip)

aX C'nY'~""gottQYl. ,hereinoalled -suFm Dealer,"

(Cotpontio .ud wbe~ iDcoIpodWi. 01' alL iDdividu&l or pattDenhip)

WHEREIN IT IS MUTlJAlLY AGREED, AS FOupWS:

1. *GENERAL PURPOSE.* The purpose of this Agreemeftt is to Fet forth the respective functions, obligations aDd re&pOIIllibilities of the Company and the Support Dealer in the adminiBtration of after market parts sales ,and service and Il1IwartaDty !dated functions pertaining to the products sold by the Company's Primary Dealm. Company's Primary Dealm II'II authorized full producl line aa1esIlld service dealers and SUppon DeaI~rs are dealers authorized to service the Company's produc.. with after market parlll, servicoo and warranty support.

2. *APPOINTMENT.* The Company hereby appoinll! the Support Dealer as ill! authorized dealer of thoae prodDcls and services specified in Appendix A, Il1Iof which are hereinafter sometim.. collectively called "Company Producll!" or "ProdDcls," for reaale by the Support Dealer.

3. *SALE OF COMPANY PRODUCTS.*

A. ORDERS. The Support Dealer shall submit orders for aftermarket parlll from time to tim. to 1he Company for atceptance by the Company.

B. PRICES. The pun::haae price of the after market parts sold hereunder shaH be as publiohod from time to time by the Company.

C. DELlVEKIES AND SHIPMENTS. Aoy produc" sAId hereunder sball be delivered to tho Support Dealer f.o.b. the Company'. plant in Conway, AJbuulas, or fro,\, other sources as authorized by Company. The Company sbaU ship th. Producll! by the mode of tnmsportatio.,J it deeJD.'l appropriate unless other mptable arrangementil bave been agreed to in writing by the Company. The Sppport Dealer sball be responsible for and paY'lIIly and Il1Idlarges for delivery, insurance, shipment, demurrag., ~e orothor charges includiDg, but not limited 10. any requested special handling, boling or crating elpenses acJn,mg with respect to the Products ordered. Any cbarges and expenses resulting from th. diversion of any of the ~ucll! upon the Support Dealer's request or as a result of the Support Dealer'. failure or 1'efoaa1, for any reaso.i, to accept delivery of any of the Products will be assumed by the Support Dealer. The Support Dealer assumes all risk of damage to or 1088of Products for any reason upon delivery of the Producll! to the Snpport Deal.r's carrier.

D. PAYMENT. Unless other occeptable arrangements bave been agreed to in writing by the ComP8DY.the Support Dealer invoices rend.red hereunder by the Company to the Support Dealer covering the

Products BOldio tho Support Dealer abal1 be payable in e:.uh on delivery to the Support Dealer'. earner of the Products at the CompOny'. JlI.m at Conway. AtbnsIs.

E. DISCOUNTS. SiandanI discounll! abal1 be established from time to time by the Company IIPPlicableon Il1Ilist prices pUbliabed in t!'e Compaoy"s current price liolll.

F. TERMS AND lNVOICING. Except as otherwise p~ded in this Agttemeftl or by policy letters or bulletins published by the Company from time to time,a11 invoices for ProdDcls ordered by the SuPport Dealer shall be in accordance with the Company'slerma of aa1eand prieef in effect a~the time of shipment of lIIly of the Products. Terms of we. prices and discounll! with respect to thb Produeta are....bject to change by the Company at any time without notice and without creating any liability on;the pkt of the Company to the Support Dealer,a1though the CompOny will endeavor to give advance notice to the Sup\>ort Dealer of 'any conlemplated changes. If such changes effectively increase the price of Products after receipt of an order by the Company and prior to delivery to the Support Dealer, the Support Dealer may by communication to the Company at soy time within ton (10) days after notice>of such price>increase bas been giv... , _eel the <jrder insofar .. it covers Producll! to which such price increaSe i. applicable.

Any'iDd all aa1es, use, excioe or other similar taxes as.e.sed- up<jn the Company by Federsl, Stale or local govemtDenls oo aa1es of the Producll!, together with costs incurred in co,i,plying with the Support Dealer's reljuesll! for the spi>cial JDaDuf""turing, delivery or handling of the Produeta will be added to the Company"s invoiced price.

G. DELAYS. The Company will not be liable for non·acceptance of the Support Des1er's order's or for lIIly delay. or faiJ_ elf perfonnance. nor will it 8IIS\tIDO respooaibility for any daJDage caused the Support Dealer or any other party due to strikes, or other labor difficulties, fires, embargoes, Acts of God, war, breakdown or fai1_ of plant IDIchinery or equipment, delay, in or lack of traoaportstion, governmental priorities or aUocatiOliS, delaya of aupplier, or ony otherRaSlln beyond the reasonable control of the Company.

H. ORDER. CANCELLATIONS. The Company will acCept canoeUalion or order .haoge providing roasonable noW:e is received.

4. *LIMITED* WA1lRA.Nn'. The Company will wartaDt each lof ill! Products under the lenos provided fot in the limited warranty documi:iIl IiJmished with such Products.

**While this Agreement is in effect the SuppOrtDeAler agrees to furnish to users. withoul charge,** warranty service for Producll! of the type coverod by this Agteemeftt, whether or not the Products were sold by the Support Dealer.

The suppon Dealer i. not authorized to IIIISWIII' for the Co,J...y any additional obligations or liabilities in connection with the aa1e of Products covered by the Agreement, If the Support Dealer does 80 assume, the Support Dealer agrees to indenmify and save the Company banDleso from I"'y claim by the retail purchaser' basod on dealer "'' ....... tatiOIt8 which are tIIQfe eXlelIBivethan the warranty of the Company.

If, while the Ag-.ue:tll remains in effect, tho Support Dealer repain (lr replocesdefective parts UDderthe warranty, the Company will compensate the Support Dealer for the cost of a part replaced and labor expenae incurred according to the Company's warranty adjustment policies in effect at the time wammty service i. rendered. Such compenB&tionwill include appropriale parlll and labor margins in cooaideration of the suppon **Dealer's bandUng and administrative expenses_ The Company rc;scrves the right to pay such compensation or grant** a c:rodit in tho amount of ouch compensation to offset any indebredn... owing to the Company.

.. If the Company determines that wananty service bas been niade nWW'sery fOr the fol1owing masmis, the CoJDPlIDY abal1 be tdieved of its obligation to reimburse the Support Deater either for the part insla11ed or for the labor provided:

Failµro of the Support poa1er to:

- Assemble or adjust the Products properly 1I tiD'le of ale. or
- Incorporation of noo-approved modificatioDSor """""""ties

The Company will Jlot be' ~bligaled to make parts or labor wananty adjus~nts unless within thirty (30) days from the date the Support Dealer furnished and/or instlilled the new replacement part it gives the Company WritIeD notice of the claim under the wlirranty.

THE FOREGOmG WARRAN1lES ARE PROVIDED IN LIEU OF ANY AND AlL OTHER REPRESENTATIONS OR WARRANTIES. EXPRESSED OR IMPLIED,INcrlUOING ANY wAirRANTY OF MERCHANTABiliTY. OR FITNESS FOR ANY PARTICULAR PURPO:E. 0 PERSON IS AUTHORIZED BY THE COMPANY TO MAKE ANY REPRESENTATION OR W ON BEHALF OF THE COMPANY OTHER THAN AS SET FORTH HEREIN. THE COMPANY MAY CHANGE FOREGOING WARRANTY AT ANY TIME AND WITHOUT NOTICE.

TInS WARRANTY GIVES YOU SPECIFIC LEGAL' RIGHTS. DEPENDINdON YOUR STATE LAW, YOU MAY ALSO HAVE OTHER RIGHTS. THE ABOVE lJMITATIONS AND EXCLUSIONS MAY TIl:EREFORE NOT APPLY TO YOU.

In the event a IaWllllit ill commencod against the Support Dealer ll1Ieging that injury. death .or property damage was caused by the defective manufacture or design of Products covered by thia Agreement, the facll! autroiIIiding the .,.Ie and service of the Product, tho substantive facts of the accident and the marmet in which the case io pleaded will be examined in detail. Where tho SupPbrt Dealer disclo~ to the O>mp~y its psrticipation in the events oo which .the ";t ill based and req_ the Company to ll88Ullle its defense and where acts of misfeasance. malfeasance or noiit"easanee by the Support Dealer and ill! employees are not inVOlved in the litigation, the Company will notify the Support Dealer in Writing of the Company's decision to ll8llUllIt ill! defenSe, which decision will not be IIItre880IIably withbe1d. _d to indeJlillify the Support Dealer f'lr any reoulting judgmeot or settlement and the Support Dealer'. -.enable cos.. and expense incWTed in connection therewith from tho oominence of tho lawsuit. includinC -.ble allomey fees. The Support Dealer agrees to cooperate fully with the Company in the defense of the litigatioo. Until auch time as the Support Dealer receives writIeD notificatioo of the Company'. dilc:ision to llSSIIIIIO the defeilse as aforessid, the Support De8ler, and Jlotthe Company, shall be responsible for ill! defeilse.

*S. MAlNTENANt;E PARTS.* The Company makes available for the purchase by the Support Dealer mainterulllCe parts idenlified as genuine maintelWtce parts which ate designed t use on Company Producll!.

The Support D~er ag"""" that it will not sell or offer for aa1e or use on the Company Products or """ in the repair of those Products as genuine maintenance parts,any part o~ parlll except those manufactured by or for the Company or approved by tho Company and designed for use on ti\e Producll!. Further, the Support Dealer agrees that it will inform ill! customers by appropriate notation on the invoice, which parts are not genuine maintenaoce parts'Where lluch parlll are sold for use or repair of CompanyProdUctll.

6. *OPBRATING llB(lUIREMBNTS.* Support Dealer sba1lcomply with the following roquiremenll!:

A. DEALER FACILITIES. The Support Dealer shall miUntain a iiuilable place of bwliness to include facilities of icceplable appearaoce and sufficieDt size, im:luding outside area, for properly warehousing, lWId1ing and servicing Il1l prodDcls sol~ by Company'. Primary Dealers.

Further, Support Dealer facilitiesWill im:lude a maintenance ~ adequate in Size 'with sufficient service bay. to IDllOt the service requimDenll! of the school bus users located in the Support Dealer's territory including service tool. and eqUipmentlleOe88ltY to service products sold by CO~Y'8 Primary Dealers. Such tools and eqWp_t to include but Dot be limited to those necessary to repair and Ovftw't 011~br componentry.

Office furniture and equipment within the facilities will be adequate to maintain complele and accurate records of the Support Dealer', business in keeping with sound business practice.

Tho SUpport Dealer shall utiliz.e product and maintenance sigfts if provided by the Company at OOMpicuouo and Oppropriale 1ocaDona inside and oulBide of the .eslllblislunei>t referred to in page 1 of this Agreement, identifying the establisbmenlas III authorized Support Dealer for the Company's Alliance Division and for Il1l Products sold by the Company's Primary Dealers.

B. l'ERSONNEL. The Support Dealer sba1l employ sufficient service tecImi~i.... in number and qualification to maintain repair and overhaul prodDcls sold by its Company'. Primary Dealers including all major componentry.

C. TRAINING. The Support Dealer ag.- to attend Company sponsored product, mainteuanee and service seminars and use IJaining material. IS available from the Company.

D. MAINTAIN TERMS OF PAYMENT. The Support~er agrees to provideat Il1l n.;;.. 8Ilfficieot working capital and ucl worth to enable it to fulfill properly Il1l of the Support Dealer'. responsibilities and duties WIder the Agn>olDCDt.

E. FINANCIAL. The Support Dealer agrees that, whenJ.er the actualllet worth or working capila\ of die SIlpport Dealership lS in the opinion of the Company inad~ to properly fulfill all the respOD8ibilitiea of the Support Dealer colllllll'lJ8\11& with the potential of ill! PriJouY Trade Territory, the Support Dealer shall reWn in the \nlsinesa a reasonable J'l'l'C"fttage of the Support Dealer:. nei profit until an adequate level ofworlcing capital andIornet worth ill attained.

The Support Dealer further agrees to maintain accounting ~ that will at all times accurately relJect the financial condition of its bu8ines8 and enable it to prepare monthly operating statements. The Support Dealer shall fumiob. finaDcial (balance oheet) and operating (profit and 1_) 8tatemeota to the Company quarterly or as otherwise roqllested by the Company and in addition will send ill! foI1y <\eIailed snd CPA (Certified Public Accountaot) reviewed annual finaocial and operating 8latemeats to the Compuly within sixty (60) days after the close of ill! fiscal y...

7. *SUPPORT DEALER NOT AN AGENT OF THE COMPANY.* The relationship of the SUpport Dealer to the Comp8Dy is that ofan inc!qJmdent contraelor and no provision in this Agreement sball be considered IS collJitituting the Support Dealer as the agent ofdte Compaily, not sba1l the Compaoy be liable for any acts or statemenll! of the Support Dealer. Slibject to the condition that the SUppon Dealer sball perform Il1l provisiona of this Agn:emcnt binding upon it, the time for and tho manner of performing jll! duties hereunder, and the selection of persona employed by the Support Dealer to assist it in performio, the same, shall be ita sole responsibility.

8. ***TERMINATION.***

A. Thi. Agreement sha1l remain in full force and effect from the date of its execution unless terminated by tho SUPport Dealer giVing thirty (30) days notice in writing to th~ Company, but any termination shall not tel_ the putiell from their obligations to pay any SUDI8 which either party shall owe tho other, or th. obligation of the Company to !:Omplet.e orden placed with it by the Support Dealer which have previously been accepted by the Company.

B.The Company may lertDinaIe the Agreement at any time by giving the suppon Dealer nOtice of termination which provides that not less than thirty (30) days sbal1 intervene betW~ the giving of such notice and such effective date. No aucb notice sha1l be given by the CoJJII!8DY unless the Suppo~ Deoler .boll bave 1lnIacMd tho duties, obligations or le8J>ODBibilities imposod IIpoll it by one'or more of the operating ieqUiremeftll! ".oUtlined in section 7 of this Agreement, aod unless the Support Dealer sbal1 first bave been apprisod of such breach aod given a.Rlll8ODable opportunity to rectify it.

C. This Agreement may be immedi8lely ter;minated 4 the Company if any voluntary or involuntary pme-!inp in bankruptcy abaU be instituted by or against the Support Dealer, or if the Support Dealer sholl become insol_ or make an assignment for the benefit of creditors or Commit any other act of bankruptcy or take advantage of any otate law rdating to inventory or if the suppon o.Wer defaulla in the payment of any obligations owing to the Company.

D. Aoy dealer principal who ,is convicted of a felon~ or other serious criminal or civil violatioo sbal\ liUbject the Support Dealer to termination.

E. Upon termination of tho Agreement, the Compan~ will repurcbalie from the Support llea1er mo;n!eNMl parlll. in tho current price books, pun::haaed ıs maintenance parts from the Company under .this Apeement ud which are on hand in tho Support Dealer's place of business 1m the effective date of termination. The parts subject to replll'l:ha8e DIU8l be lIIIII80d and in physical condition and appearance, including packaging, suitable for rabiJlllleDl by tho Company to other dealers. The price 10 be Credited or paid will be the price to deal"!,, turreIIt It the time tho. repun::haaed parts are re<:ived by the Compan! less ~licy discounll! applicabl~ at that _, whether or not previously ll1Iowed to the Support Dealer, plus S 9li of the pnce to dealers for packagmg and preparatiOD for RItum to the destinotion designated by the Company. The Company shall be release<! from ill! ""ligation to repurcbalie main_ce parts if tho Support Dealer d088 nOI submit its list of parts to the Company within thirty (30) days after Ibe effective dale of the termination and return ill! paris, authorized to be returned, within thirty (30) days after notification to return is received from the Company.

9. *NO IMPUED WAIVERS.* The foililre of either party at Illy time to require performance by the other of ""y provisiODllh""'f ohaII in no way affect the right of the othor to ~uire aucb performance at any time thereafter. Nor.ball the waiver by either party of a breach of any provi'idn hereof constitute a waiver of any succeeding breach of the same or any othor aucb provision nor constilule a +vor of the provision itself.

10. *NOnCE.* Aoy notice required to be given by eithor party to the other heteunder Of in connection herewith sbal1 be in writing aDd be delivered J>OI8Onally or by registered twill. to the olber at its address shown above.

11. *ENTIRE AGREEMBNT.* This Agreement abaU constitute the ... tire agreement between the parties and supersede Il1I existing agreements between thom, whether oral or writ...... Theil' are no verbal underatandinS' or undertakiilgs of any kind wilb n:spett hereto not expnl88ly oet forth herein.' No change, modification .r waiv.r of any of the terms of tbin Agreement sbal1 be valid unless executed in ..!riting and signed by an authorized rep_tative of the Company.

APPENDIX A

(1) Aftermarket parts

(2) Services and warranty support for all Company Products