**PARTS G-99-4304-A**
**July 20, 1999**

# *POLICY CHANGE*




## AMTRAN PARTS SALES & DISTRIBUTION THROUGH INTERNATIONAL BEGINS AUGUST 2, 1999

Effective August 2, 1999, International® Parts Business Center will assume sales & distribution responsibility for all AmTran service parts previously handled by AmTran at Conway, AR. The current direct ship program will be cancelled, and it will no longer be necessary to order through telemarketers at your home PDC.

This coordinated system for current school bus body parts dealers expedites delivery of more than 2,800 school bus parts within the Parts Distribution Center order system, providing school bus customers with the right chassis and body parts at the right time.

All International service parts policies currently in effect will now apply on this product line and you may place orders in the same way as you do for all International product support products. If you have specific questions, contact your home PDC Customer Service Department.

For additional information, contact Bob Stanley, Bus Product Support Manager at (708) 947-6970 at the Parts Business Center, Westbrook, IL. Although your home PDC and assigned PSM are your principal points of contact, Bob is available to support your bus–related needs.

All orders pending with the AmTran PDC will be completed by that location or they will advise you of alternate handling. Additionally we have developed a new descriptive order process, which is outlined in “G” letter “Parts G-99-4290-A dated June 23, 1999.

TOM ERICKSON
PRODUCT SUPPORT TEAM