**PARTS G-99-4312-A**
**August 13, 1999**

# *POLICY CHANGE*




## AMTRAN PARTS DISTRIBUTION THROUGH INTERNATIONAL® PDCS EFFECTIVE AUGUST 2, 1999

To: All International dealers and AmTran accounts

Effective August 2, 1999, our Parts Distribution Centers assumed distribution responsibility for all AmTran service parts previously handled by AmTran in Conway, Arkansas.

For AmTran unique accounts only, an informational packet explaining all of our parts services along with "how-to" instructions was mailed during the week of July 12, 1999. Within a few days, those accounts should have received formal notification of their home Parts Distribution Center (PDC) order entry and customer service telephone numbers along with location identification numbers, officially known as ship-to codes. Ship-to codes are required when placing orders or inquiries, filing claims or conducting any other business related transactions with the PDC. Our coordinated order system of current school bus body parts expedites the delivery of more than 2,800 school bus parts within the parts distribution system, providing school bus customers with the right chassis and body parts at the right time.

In support of the AmTran business, all International service parts policies currently in effect now apply on this product line, and you may place orders in the same way as you do for all International product support products. The current direct ship program will be cancelled, and it will no longer be necessary to order through your telemarketers.



If you have specific questions, please contact your home PDC Customer Service Department for additional information. While your home PDC and assigned PSM are your principal points of contact for your bus-related product needs, you can also contact Bob Stanley, Bus Product Support Manager, at (708) 947-6970 at the Parts Business Center, Westbrook, Illinois.

All orders pending with the AmTran PDC will be completed by that location, or they will advise you of alternate handling. Additionally, we have developed a new descriptive order process, which is outlined in G Letter Parts G-99-4290-A dated June 23, 1999.

Our Parts Distribution Centers are prepared to provide you with the best parts service in the industry and are committed to "**Delivering. Beyond the Expected**."

PARTS DISTRIBUTION