UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PASCALE SERVICE CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-cv-00247-S-DLM |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC, | |
| Defendants. | |

**DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S ASSENTED-TO MOTION TO EXTEND TIME**

Defendant International Truck and Engine Corporation ("ITEC"), by its attorneys, respectfully submits this assented-to motion to extend time for filing (1) its opposition to the motion for leave to amend filed by Plaintiff Pascale Service Corp. ("Pascale"), (2) its opposition to Pascale's motion for a preliminary injunction, and (3) its reply brief in support of ITEC's motion to dismiss.

On October 15, 2007, Pascale filed its opposition to ITEC's motion to dismiss (which ITEC had filed three months earlier, on July 16, 2007). On the same day, Pascale also filed motions for leave to amend the complaint and for a preliminary injunction. Absent the relief requested herein, ITEC would be required to respond to all three of these filings by October 29, 2007. To permit ITEC to respond fully and adequately to Pascale's filings, ITEC respectfully requests that the time for filing its two oppositions and its reply brief be extended by one week, until November 5, 2007.

Pascale's counsel has informed ITEC's counsel that he assents to the relief requested herein. No party will be prejudiced by the granting of this motion.

WHEREFORE, ITEC respectfully requests that the Court extend until November 5, 2007 the time by which ITEC must file (1) its opposition to Pascale's motion for leave to amend, (2) its opposition to Pascale's motion for a preliminary injunction, and (3) its reply brief in support of ITEC's motion to dismiss.

Respectfully submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION

By its attorneys,

October 25, 2007

/s/ Carl E. Fumarola

Stephen T. Armato, Bar # 6395
Carl E. Fumarola, Bar # 6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
cfumarola@cetcap.com

Barry S. Pollack (*pro hac vice*)
Joshua L. Solomon (*pro hac vice*)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, the foregoing assented-to motion to extend time, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ Carl E. Fumarola
Carl E. Fumarola