UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PASCALE SERVICE CORP.,

Plaintiff,

v.

INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC,

Defendants.

Civil Action No. 1:07-cv-00247-S-DLM

**DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S PARTIAL OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Defendant International Truck and Engine Corporation ("ITEC"), by its attorneys, respectfully submits this partial objection to the motion for leave to amend filed by Plaintiff Pascale Service Corp. ("Pascale"). ITEC does not oppose the withdrawal of any claims, but objects to the inclusion of a proposed new claim against proposed new defendant IC Corporation ("IC"). Because the proposed amended complaint that Pascale seeks to file would fail to state a valid claim against IC, permitting Pascale leave to amend to add IC and the claim against IC would be futile.

In further support of this partial objection, ITEC files herewith its Memorandum in Partial Opposition to Plaintiff's Motion to Amend.

WHEREFORE, ITEC respectfully requests that the Court deny Pascale's motion for leave to amend to the extent it seeks to add IC as a defendant and a claim against IC.

Respectfully submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION,

By its attorneys,

November 5, 2007

/s/ Carl E. Fumarola
Stephen T. Armato, Bar # 6395
Carl E. Fumarola, Bar # 6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
cfumarola@cetcap.com

Barry S. Pollack (*pro hac vice*)
Joshua L. Solomon (*pro hac vice*)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, the foregoing partial objection to Plaintiff's motion to amend, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ Carl E. Fumarola
Carl E. Fumarola