UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PASCALE SERVICE CORP., Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-cv-00247-S-DLM |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC, Defendants. | ) | |

**DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S OBJECTION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendant International Truck and Engine Corporation ("ITEC"), by its attorneys, respectfully submits this objection to the motion for a preliminary injunction filed by Plaintiff Pascale Service Corp. ("Pascale"). Pascale has failed to demonstrate a likelihood of success on its one remaining claim, and thus is not entitled to preliminary injunctive relief. In addition, Pascale has failed to demonstrate the requisite irreparable harm for a preliminary injunction, and Pascale's own conduct undermines its demand for such relief.

In further support of this objection, ITEC files herewith its Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction.

WHEREFORE, ITEC respectfully requests that the Court deny Pascale's motion for a preliminary injunction.

Respectfully submitted,

INTERNATIONAL TRUCK AND ENGINE CORPORATION,

By its attorneys,

November 5, 2007

/s/ Carl E. Fumarola
Stephen T. Armato, Bar # 6395
Carl E. Fumarola, Bar # 6980
Cetrulo & Capone
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
cfumarola@cetcap.com

Barry S. Pollack (*pro hac vice*)
Joshua L. Solomon (*pro hac vice*)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, the foregoing objection to Plaintiff's motion for a preliminary injunction, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ Carl E. Fumarola
Carl E. Fumarola