UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PASCALE SERVICE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRUCK AND ENGINE CORPORATION and COASTAL INTERNATIONAL TRUCKS, LLC,<br><br>Defendants. | Civil Action No. 1:07-cv-00247-S-DLM |

**CERTIFICATION OF JOSHUA L. SOLOMON IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Joshua L. Solomon, do hereby state under the pains and penalties of perjury:

1. I am a lawyer with Sullivan & Worcester LLP, counsel of record in the above-captioned matter for defendant International Truck and Engine Corporation.

2. Attached hereto as *Exhibit A* is a true and accurate copy of a page from Pascale Service Corp.'s website as I printed it on November 2, 2007.

3. Attached hereto as *Exhibit B* is a true and accurate copy of another page from Pascale Service Corp.'s website as I printed it on November 2, 2007.

The foregoing is true and correct to the best of my knowledge, subject to the pains and penalties of perjury.

Dated: November 5, 2007

Joshua L. Solomon