# EXHIBIT A

**Partners**

*"PSC partner alliances enable us to server you better through - Better Acquisition Prices! Quality Selection! Cost-Savings! Warranty Repair Sevices!"*

**Departments**

**We Deliver!**



**Pawtucket Location**



# *Partners Network*



Pascale Services Corporation is an authorized parts and services dealer for **Cummins Diesel Engines and Caterpillar Truck Engines.** We can perform repairs on all makes of trucks. As an authorized dealer we can perform warranty repairs and carry over **100** related product lines to server your trucking needs. We are also a member of **VIPAR Heavy Duty**, North America's largest aftermarket truck parts network allowing us to acquire leading brand parts at very competitive prices and pass on the savings to you...

## VIPAR Heavy Duty

In today's competitive marketplace, a partnership with VIPAR Heavy Duty's Integrated Network of heavy duty distributors, suppliers, and truck parts customers is essential to growing your business. Utilizing state of the art marketing, communications, and technology tools to allow partners to work faster and smarter, VIPAR Heavy Duty has the right people, with the right parts, in the right places! Our network of truck parts professionals bring together the highest quality products, at competitive prices, backed by strong warranties from the industries leading OEM and Aftermarket Suppliers.

VIPAR Heavy Duty Distributors are among the best in the industry. Working together, as a "force-of-one," we serve customers transportation related needs with brand-name parts, expert heavy-duty advice, state-of-the-art technology, and superior customer service.

Contact Webmaster    Pascale Services Corporation, All Rights Reserved, 2003 - 2004.    Designed & Powered by NextStep Commerce Inc.