# EXHIBIT B

**Home** About Us Truck Parts Truck Services Tubes & Hoses Locate Part Specials Partners

**Home > Home >**

# *Pascale Service Corporation*

**Home**

*"Our parts department has two floors and storage area of 25,000 square feet. We offer daily parts delivery via our fleet of seven (7) delivery trucks."*

**Departments**

**National Network!**

**Tubes n' Hoses!**





At Pascale Service Corporation (PSC), we look forward to assisting you with all of your heavy duty truck and truck parts needs. We are an authorized parts and service dealers for **Cummins Diesel Engines and Caterpillar Truck Engines.**

As an authorized dealer for these companies we can perform warranty repairs. In addition to these products, we carry over **100** related product lines in inventory. These related product lines include products by names such as **Haldex Midland, Bendix Air Brake, Parker Hannifin, Meritor, Spicer, Eaton, Grote Lighting, and Delco Remy.**

- Accessories
- Axle
- Belts
- Body
- Brakes
- Brass Fittings
- Cabs
- Cargo Control
- Charging
- Chassis/Frame
- Chemicals
- Chrome
- Clutches
- Cooling/Heating
- Driveline
- Electrical
- Engine
- Exhaust
- Filters
- Fuel System
- Hydraulic
- Instruments
- Lighting/Safety
- Miscellaneous
- Shop Supplies
- Steering
- Suspension
- Tools
- Wheel/Hub
- and more...

**Supplier Partners**

*Pascale Service is your one stop distributor for all your trucking needs.*

**This page has been viewed : 12231 times**

Contact Webmaster

Pascale Services Corporation, All Rights Reserved, 2003 - 2004.

Designed & Powered by NextStep Commerce Inc.