ORIGINAL

AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

FOR COURT USE ONLY

DUE DATE:

## TRANSCRIPT ORDER

*Please Read Instructions:*

| | | | |
|---|---|---|---|
| 1. NAME<br>Nicholas Ciaccio on behalf of Barry Pollack, Esq. | | 2. PHONE NUMBER<br>(617) 338-2800 | 3. DATE<br>4/23/2008 |
| 4. MAILING ADDRESS<br>Sullivan & Worcester LLP One Post Office Square | | 5. CITY<br>Boston | 6. STATE<br>MA / 7. ZIP CODE<br>02109 |
| 8. CASE NUMBER<br>07-247 | 9. JUDGE<br>Smith | DATES OF PROCEEDINGS<br>10. FROM 11/15/2007 | 11. TO 11/15/2007 |
| 12. CASE NAME<br>Pascale Service Corp v. International Truck et al | | LOCATION OF PROCEEDINGS<br>13. CITY Providence | 14. STATE RI |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☒ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing re MOTION | 11/15/2007 / Courtroom 2 |
| ☐ BAIL HEARING | | to dismiss filed by Defendant | 9:34am |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE

PROCESSED BY

19. DATE
4/23/2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY