UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Pascale Service Corporation
Plaintiff

V.

Case Number: C.A. NO. 07-247S

International Truck and Engine Corporation
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, International Truck and Engine Corporation against the Plaintiff, Pascale Service Corporation pursuant to the Court's Order dated June 9, 2008 granting Defendant's Motion to Dismiss.**

**BY ORDER:**

**June 9, 2008**
**Date**

**Deputy Clerk**